FILED

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

1999 JUL 29 PM 4:11

U.S. DISTRICT COURT
N.D. OF ALABAMA

| | |
|---|---|
| ED FRANKLIN HARRIS, | ) |
| Petitioner, | ) |
| v. | ) CIVIL ACTION NO. 99-P-0923-NE |
| WARDEN ROY HIGHTOWER and THE ATTORNEY GENERAL OF THE STATE OF ALABAMA, | ) |
| Respondents. | ) |

ENTERED

JUL 30 1999

## MEMORANDUM OPINION

Petitioner Ed Franklin Harris ("the petitioner") has filed an application for relief pursuant to 28 U.S.C. § 2254 from his drug trafficking conviction in Jefferson County Circuit Court on November 18, 1998. Pursuant to the usual practice of this court, the matter was referred to a magistrate judge for preliminary review. *See* 28 U.S.C. § 636(b). On April 27, 1998, the magistrate judge entered an order requiring the respondents to appear and show cause why the requested relief should not be granted. The respondents filed an answer on June 29, 1999, asserting, *inter alia*, that the petitioner had not exhausted available state court remedies concerning certain of the claims presented. *See Rose v. Lundy*, 455 U.S. 509, 102 S. Ct. 1198, 71 L. Ed. 2d (1982). They request that the petition be denied since it contains both exhausted and unexhausted claims for relief.

The petitioner, on July 22, 1999, filed a motion to dismiss his petition without prejudice to allow him the opportunity to present his unexhausted claims to the state courts pursuant to Rule 32 of the *Alabama Rules of Criminal Procedure*. The respondents have not filed any objection to the motion. Accordingly, the court finds that the motion is due to be granted and this matter dismissed without prejudice. An order consistent with the findings and conclusions in this Memorandum

Opinion will be entered contemporaneously herewith.

Done, this the 29 day of July, 1999.

SAM C. POINTER, JR.
CHIEF UNITED STATES DISTRICT JUDGE